# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00494SOM |
| | CR 03-00495DAE |
| CASE NAME: | USA vs. (05) William Totten |
| | USA vs. (01) William Totten |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (05) and (01) Daniel Pagliarini |
| | Anne Shimokawa (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 08/28/2006 | TIME: | 1:30 - 1:35 |

COURT ACTION:  EP:

Cr 03-00494SOM - Sentencing to Count 1 of the Indictment and
Cr 03-00495DAE - Sentencing to Counts 1 and 9 of the Indictment -

Defendant present and in custody.

Mr. Thomas requests a short continuance in order to conduct research re: representations made in defendant's supplemental sentencing statement - no objection by the defendant - Granted.

Sentencing is continued to 9/7/06 @ 1:30 p.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.